IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BRENT HECKMAN, | : | Civil No. 3:20-cv-860 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| S. SPAULDING, WARDEN, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 23rd day of June, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice to any right the Petitioner may have to reassert his present claims in an appropriate civil rights action.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge